**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WISCONSIN

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Cytophil Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  RegenScientific** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **34-2023944** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2485 Corporate Circle Unit 2** <br> **East Troy, WI 53120** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Walworth** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

     ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

### █ Statistical and administrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/04/2025
              MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Greg Johnson
Printed name

Title    **President/CEO**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date _____
MM / DD / YYYY

**Evan P. Schmit**
Printed name

**Kerkman & Dunn**
Firm name

**839 N. Jefferson St., Ste. 400**
**Milwaukee, WI 53202-3744**
Number, Street, City, State & ZIP Code

Contact phone   **414-277-8200**        Email address   **eschmit@kerkmandunn.com**

**1057109 WI**
Bar number and State

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on  _____
MM / DD / YYYY

**X** _____        Greg Johnson
Signature of authorized representative of debtor        Printed name

Title  **President/CEO**

| | |
|---|---|
| **18. Signature of attorney** | **X**  */s/ Electronically signed by Evan P. Schmit*        Date  *2/04/2025* |
| | Signature of attorney for debtor        MM / DD / YYYY |

**Evan P. Schmit**
Printed name

**Kerkman & Dunn**
Firm name

**839 N. Jefferson St., Ste. 400**
**Milwaukee, WI 53202-3744**
Number, Street, City, State & ZIP Code

Contact phone  **414-277-8200**        Email address  **eschmit@kerkmandunn.com**

**1057109 WI**
Bar number and State

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 5

**Cytophil Inc**
# Balance Sheet
**As of September 30, 2024**

|  | Sep 30, 24 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1110 · Citizen's Bank Checking | -22,676.53 |
| 1120 · 1st Citizen's Bank (2) | 5,870.31 |
| 1140 · ING | 3,552.36 |
| **Total Checking/Savings** | -13,253.86 |
| **Accounts Receivable** | |
| 1200 · Accounts Receivable | 536,297.51 |
| **Total Accounts Receivable** | 536,297.51 |
| **Other Current Assets** | |
| *Undeposited Funds | -254.12 |
| 1300 · Inventory of Raw Materials | 237,841.35 |
| **Total Other Current Assets** | 237,587.23 |
| **Total Current Assets** | 760,630.88 |
| **Fixed Assets** | |
| 1400 · Building Improvements | 576,215.75 |
| 1410 · Accum Depr - Building Improve | -217,600.67 |
| 1500 · Office Furniture & Equip | 68,076.27 |
| 1510 · Accum Depr - Office F&F | -67,297.78 |
| 1600 · Lab Equipment | 485,210.34 |
| 1610 · Accum Depr - Lab Equip | -478,688.61 |
| 1700 · Computer Equipment & Software | 98,844.78 |
| 1710 · Accum Depr - Comptr Eqp & Soft | -94,333.84 |
| **Total Fixed Assets** | 370,426.24 |
| **Other Assets** | |
| 1800 · Patent | 35,648.07 |
| 1810 · Accumulated Amortization | -35,595.66 |
| **Total Other Assets** | 52.41 |
| **TOTAL ASSETS** | **1,131,109.53** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 2000 · Accounts Payable | 2,647,105.06 |
| 20000 · Accounts Payable - EUR | 1,964.39 |
| **Total Accounts Payable** | 2,649,069.45 |

Case 25-20576-gmh    Doc 1    Filed 02/04/25    Page 7 of 26

# Cytophil Inc
# Balance Sheet
### As of September 30, 2024

|  | Sep 30, 24 |
|---|---|
| **Credit Cards** | |
| 2100 · Credit Cards Payable | 24,110.65 |
| **Total Credit Cards** | 24,110.65 |
| | |
| **Other Current Liabilities** | |
| **Other Current Liability** | |
| 2375 · Other Accrued Liabilities | -1,000.00 |
| **Total Other Current Liability** | -1,000.00 |
| | |
| 2350 · Accrued Federal Income Tax | 8,775.00 |
| 2400 · 1st Citizen - Line of Credit | 99,517.12 |
| 2410 · CaP Biomaterials | 158,545.66 |
| **Total Other Current Liabilities** | 265,837.78 |
| **Total Current Liabilities** | 2,939,017.88 |
| | |
| **Long Term Liabilities** | |
| 2500 · Bill Hubbard | 180,065.88 |
| 2510 · Lawrence Shimp | 293,000.00 |
| 2600 · First Citizens State Bank loan | 108,314.88 |
| **Total Long Term Liabilities** | 581,380.76 |
| **Total Liabilities** | 3,520,398.64 |
| | |
| **Equity** | |
| **Equity** | |
| 3100 · Paid in Capital | 13,233.13 |
| 3160 · Prior Period Adjustment | -1,065,954.48 |
| **Total Equity** | -1,052,721.35 |
| | |
| 3150 · Retained Earnings | -1,934,328.37 |
| Net Income | 597,760.61 |
| **Total Equity** | -2,389,289.11 |
| | |
| **TOTAL LIABILITIES & EQUITY** | **1,131,109.53** |

# Cytophil Inc
## Profit & Loss
### July through September 2024

| | Jul - Sep 24 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · Sales Retail | -8,284.13 |
| 4100 · OEM | 763,559.69 |
| 4200 · Renu | 72,059.69 |
| **Total Income** | 827,335.25 |
| **Cost of Goods Sold** | |
| 5200 Production Wages | 72,029.14 |
| 5210 Payroll Taxes | 5,717.23 |
| 5230 Employee Benefits | 43,751.24 |
| 5300 Supervisor Labor | 11,757.47 |
| 5310 Payroll Taxes - Supervisor | 1,088.31 |
| 5100 · Materials | 75,454.17 |
| 5110 · Outside Processing | 24,063.46 |
| 5400 · Rent-Facility | 18,858.00 |
| 5410 · Facility Supplies | 13.66 |
| 5440 · Equipment Depreciation | 1,764.00 |
| 5450 · Building Improvement Depr | 4,329.00 |
| 5600 · Product Shipping | 14,941.28 |
| 5610 · Production Consumables | 15,395.92 |
| 5620 · Equipment maintenance | 1,547.82 |
| **Total COGS** | 290,710.70 |
| **Gross Profit** | 536,624.55 |
| **Expense** | |
| 6200 Wages - Administration | 188,153.85 |
| 6210 Payroll Taxes - Administra | 15,044.65 |
| 6440 Insurance | -2,282.34 |
| 6160 · Renton Payments | 10,362.35 |
| 6220 · Employee Benefits | 16,764.82 |
| 6310 · Utilities | 7,861.38 |
| 6320 · Telephone | 1,905.77 |
| 6400 · Accounting | 1,180.00 |
| 6410 · Legal | 10,313.25 |
| 6420 · Permits, Licenses & Fees | 10.00 |
| 6430 · Regulatroy & Notified bodies | 3,657.50 |
| 6440 · Insurance | -248.71 |
| 6450 · Consulting - RA/QC | 3,000.00 |
| 6600 · Office Supplies | 3,964.88 |
| 6605 · Software - Computer | 30,236.17 |
| 6610 · Shipping (non product) | 179.19 |
| 6620 · Bank & credit card fees | 1,653.37 |
| 6630 · Dues & Subscriptions | 663.70 |
| 6640 · Office Equipment Depreciation | 579.00 |

Case 25-20576-gmh    Doc 1    Filed 02/04/25    Page 9 of 26

**Cytophil Inc**
# Profit & Loss
### July through September 2024

|  | Jul - Sep 24 |
|---|---|
| **6650 · Miscellaneous** | 22,431.83 |
| **6690 · Reconciliation Discrepancies** | -0.01 |
| **6700 · Recruiting & HR** | 825.00 |
| **6710 · Payroll Fees** | 2,294.02 |
| **6720 · Other Miscellaneous** | 0.00 |
| **Total Expense** | 318,549.67 |
| **Net Ordinary Income** | 218,074.88 |
| **Other Income/Expense** | |
| **Other Expense** | |
| **7240 · Amortization** | 45.00 |
| **7250 · Interest Expense** | 7,495.18 |
| **7260 · Customer Owned Purchases** | 1,242.12 |
| **7270 · Scrap** | 185.83 |
| **Total Other Expense** | 8,968.13 |
| **Net Other Income** | -8,968.13 |
| **Net Income** | **209,106.75** |

| Form **1120** | | **U.S. Corporation Income Tax Return** | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2023 or tax year beginning _____, 2023, ending _____, 20 ___ Go to *www.irs.gov/Form1120* for instructions and the latest information. | | **2023** |

**A Check if:**

1a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

TYPE OR PRINT

| Name | **B Employer identification number** |
|---|---|
| CYTOPHIL INC | 34-2023944 |

**C Date incorporated**

Number, street, and room or suite no. If a P.O. box, see instructions.

2485 CORPORATE CIRCLE UNIT 2

01-11-2004

City or town, state or province, country and ZIP or foreign postal code

East Troy WI 53120

**D Total assets (see instructions)**

$ 1,072,556

**E Check if:** (1) Initial return ☐ (2) Final return ☐ (3) Name change ☐ (4) Address change ☐

| | | | | |
|---|---|---|---|---|
| **Income** | 1a | Gross receipts or sales | 1a | 2,638,608 |
| | b | Returns and allowances | 1b | |
| | c | Balance. Subtract line 1b from line 1a | 1c | 2,638,608 |
| | 2 | Cost of goods sold (attach Form 1125-A) | 2 | 1,086,794 |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | 1,551,814 |
| | 4 | Dividends and inclusions (Schedule C, line 23) | 4 | |
| | 5 | Interest | 5 | |
| | 6 | Gross rents | 6 | |
| | 7 | Gross royalties | 7 | |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| | 10 | Other income (see instructions - attach statement) | 10 | |
| | 11 | **Total income.** Add lines 3 through 10 | 11 | 1,551,814 |
| **Deductions (See instructions for limitations on deductions.)** | 12 | Compensation of officers (see instructions - attach Form 1125-E) | 12 | 139,021 |
| | 13 | Salaries and wages (less employment credits) | 13 | 472,317 |
| | 14 | Repairs and maintenance | 14 | 16,700 |
| | 15 | Bad debts | 15 | |
| | 16 | Rents | 16 | 75,432 |
| | 17 | Taxes and licenses **Wks Tax/Lic** | 17 | 53,790 |
| | 18 | Interest (see instructions) | 18 | 28,061 |
| | 19 | Charitable contributions | 19 | |
| | 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | 45,719 |
| | 21 | Depletion | 21 | |
| | 22 | Advertising | 22 | |
| | 23 | Pension, profit-sharing, etc., plans | 23 | |
| | 24 | Employee benefit programs | 24 | 155,417 |
| | 25 | Energy efficient commercial buildings deduction (attach Form 7205) | 25 | |
| | 26 | Other deductions (attach statement) **Statement #5** | 26 | 356,431 |
| | 27 | **Total deductions.** Add lines 12 through 26 | 27 | 1,342,888 |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | 208,926 |
| | 29a | Net operating loss deduction (see instructions) | 29a | 167,141 |
| | b | Special deductions (Schedule C, line 24) | 29b | |
| | c | Add lines 29a and 29b | 29c | 167,141 |
| **Tax, Refundable Credits, & Payments** | 30 | **Taxable income.** Subtract line 29c from line 28. See instructions | 30 | 41,785 |
| | 31 | Total tax (Schedule J, Part I, line 11) | 31 | 8,775 |
| | 32 | Reserved for future use | 32 | |
| | 33 | Total payments and credits (Schedule J, Part III, line 23) | 33 | |
| | 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached ☐ | 34 | |
| | 35 | **Amount owed.** If line 33 is smaller than the total of lines 31 and 34, enter amount owed | 35 | 8,775 |
| | 36 | **Overpayment.** If line 33 is larger than the total of lines 31 and 34, enter amount overpaid | 36 | |
| | 37 | Enter amount from line 36 you want: Credited to 2024 estimated tax _____ Refunded | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

GREGORY JOHNSON | PRESIDENT
Signature of officer | Date | Title

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| JAMES D POTTER | | 06-21-2024 | | P01232654 |
| Firm's name | JDP CONSULTING LTD | | Firm's EIN | 39-1519261 |
| Firm's address | 10656 S HOWELL AVE | | Phone no. | |
| | Oak Creek WI 53154 | | (414) 659-0108 | |

For Paperwork Reduction Act Notice, see separate instructions.
EEA

Form **1120** (2023)

## Schedule C — Dividends, Inclusions, and Special Deductions (see instructions)

| | | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations | | See instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| 15 | Reserved for future use | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| 18 | Gross-up for foreign taxes deemed paid | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 20 | Other dividends | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b | | | |

EEA

Form **1120** (2023)

| Schedule J | Tax Computation and Payment (see instructions) |
| --- | --- |

**Part I - Tax Computation**

| | | | |
| --- | --- | --- | --- |
| 1 | Income tax. See instructions | **1** | 8,775 |
| 2 | Base erosion minimum tax amount (attach Form 8991) | **2** | |
| 3 | Corporate alternative minimum tax from Form 4626, Part II, line 13 (attach Form 4626) | **3** | |
| 4 | Add lines 1, 2, and 3 | **4** | 8,775 |
| 5a | Foreign tax credit (attach Form 1118) | 5a | 0 |
| b | Credit from Form 8834 (see instructions) | 5b | |
| c | General business credit (see instructions - attach Form 3800) | 5c | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | |
| e | Bond credits from Form 8912 | 5e | |
| 6 | **Total credits.** Add lines 5a through 5e | **6** | |
| 7 | Subtract line 6 from line 4 | **7** | 8,775 |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | **8** | 0 |
| 9a | Recapture of investment credit (attach Form 4255) | 9a | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | |
| c | Interest due under the look-back method - completed long-term contracts (attach Form 8697) | 9c | |
| d | Interest due under the look-back method - income forecast method (attach Form 8866) | 9d | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | |
| f | Interest/tax due under section 453A(c) | 9f | |
| g | Interest/tax due under section 453(l) | 9g | |
| z | Other (see instructions - attach statement) | 9z | |
| 10 | **Total.** Add lines 9a through 9z | **10** | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | **11** | 8,775 |

**Part II - Payments and Refundable Credits**

| | | | |
| --- | --- | --- | --- |
| 12 | Reserved for future use | **12** | |
| 13 | Preceding year's overpayment credited to the current year | **13** | |
| 14 | Current year's estimated tax payments | **14** | |
| 15 | Current year's refund applied for on Form 4466 | **15** | ( ) |
| 16 | Combine lines 13, 14, and 15 | **16** | |
| 17 | Tax deposited with Form 7004 | **17** | |
| 18 | Withholding (see instructions) | **18** | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | **19** | |
| 20 | Refundable credits from: | | |
| a | Form 2439 | 20a | |
| b | Form 4136 | 20b | |
| c | Reserved for future use | 20c | |
| z | Other (attach statement - see instructions) | 20z | |
| 21 | **Total credits.** Add lines 20a through 20z | **21** | |
| 22 | Elective payment election amount from Form 3800 | **22** | |
| 23 | **Total payments and credits.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 | **23** | |

EEA                                                                          Form 1120 (2023)

Case 25-20576-gmh    Doc 1    Filed 02/04/25    Page 13 of 26

| **Schedule K** | **Other Information** (see instructions) | | | Yes | No |
|---|---|---|---|---|---|

**1** Check accounting method:  **a** ☐ Cash  **b** ☒ Accrual  **c** ☐ Other (specify) _____

**2** See the instructions and enter the:

**a** Business activity code no.   **541990**

**b** Business activity   **MANUFACTURING**

**c** Product or service   **MEDICAL DEVICES**

**3** Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? · · · · · · · · · · · · · · · · · · · · | | | | | X

  If "Yes," enter name and EIN of the parent corporation _____

**4** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) · · · · · · · · · · · · · | | | | | X

**b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) · · · · · | | | | | X

**5** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on Form 851, Affiliations Schedule? For rules of constructive ownership, see instructions · · · · · · | | | | | X

If "Yes," complete (i) through (iv) below.

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions · · · · · · · · | | | | | X

If "Yes," complete (i) through (iv) below.

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 · · · · · · · · · · · · · · · | | | | | X

  If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

  If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? · · · · · | | | | | X

  For rules of attribution, see section 318. If "Yes," enter:

  **(a)** Percentage owned _____ and **(b)** Owner's country _____

  **(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached   **0**

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount · · · · · · · · · · · · · ☐

  If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year   $ _____

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer)   **13**

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) · · · ☐

  If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a)   $   **388,424**

EEA                                             Form **1120** (2023)

| Schedule K | Other Information *(continued from page 4)* | | |
|---|---|---|---|
| | | **Yes** | **No** |
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | x |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year . . $ _____ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions . . . . . . . . . | | x |
| | If "Yes," complete and attach Schedule UTP. | | |
| 15a | Did the corporation make any payments that would require it to file Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . | x | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . . | x | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | x |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? . . . . . . . . . . . . . . . . . . . . . . . . . | | x |
| 18 | Did this corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | x |
| 19 | During this corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? . . . . . . . . . . . . | | x |
| 20 | Is the corporation operating on a cooperative basis? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | x |
| 21 | During this tax year, did the corporation pay or accrue any interest or royalty for which the deducton is not allowed under section 267A? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | x |
| | If "Yes," enter the total amount of the disallowed deductions  $ _____ | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3).) | | x |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during this tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | x |
| 24 | Does the corporation satisfy one or more of the following? If "Yes," complete and attach Form 8990. See instructions . . . . . . . | | x |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . . . . . . . | | x |
| | If "Yes," enter amount from Form 8996, line 15  . . . . . . . . . . . . . . . .  $ _____0\_\_\_\_ | | |
| 26 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions  . . . . . . . . . . . . . . . . . . . . . . . . . . . | | x |
| | Percentage: By Vote _____ By Value _____ | | |
| 27 | At any time during this tax year, did the corporation (a) receive a digital asset (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions | | x |
| 28 | Is the corporation a member of a controlled group? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | x |
| | If "Yes," attach Schedule O (Form 1120). See instructions. | | |
| 29 | Corporate Alternative Minimum Tax: | | |
| a | Was the corporation an applicable corporation under section 59(k)(1) in any prior tax year? . . . . . . . . . . . . . . . . | | x |
| | If "Yes," go to question 29b. If "No," skip to question 29c. | | |
| b | Is the corporation an applicable corporation under section 59(k)(1) in the current tax year because the corporation was an applicable corporation in the prior tax year? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | x |
| | If "Yes," complete and attach Form 4626. If "No," continue to question 29c. | | |
| c | Does the corporation meet the requirements of the safe harbor method as provided under section 59(k)(3)(A) for the current tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | x | |
| | If "No," complete and attach Form 4626. If "Yes," the corporation is not required to file Form 4626. | | |
| 30 | Is the corporation required to file Form 7208 relating to the excise tax on repurchase of corporate stock (see instructions): | | |
| a | Under the rules for stock repurchased by a covered corporation (or stock acquired by its specified affiliate)? . . . . . . . . . . | | x |
| b | Under the applicable foreign corporation rules? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | x |
| c | Under the covered surrogate foreign corporation rules? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | x |
| | If "Yes" to either (a), (b), or (c), complete Form 7208, Excise Tax on Repurchase of Corporate Stock. See the Instructions for Form 7208. | | |
| 31 | Is this a consolidated return with gross receipts or sales of $1 billion or more and a subchapter K basis adjustment, as described in the instructions, of $10 million or more? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | x |
| | If "Yes," attach a statement. See instructions. | | |

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1 Cash | | 24,579 | | 20,344 |
| 2a Trade notes and accounts receivable | 123,148 | | 504,843 | |
| b Less allowance for bad debts | ( ) | 123,148 | ( ) | 504,843 |
| 3 Inventories | | 374,377 | | 156,740 |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach statement) | | | | |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | 1,246,634 | | 1,263,995 | |
| b Less accumulated depreciation | ( 827,647 ) | 418,987 | ( 873,366 ) | 390,629 |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | ( ) | | ( ) | |
| 14 Other assets (attach statement) | | | | |
| 15 Total assets | | 941,091 | | 1,072,556 |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | 2,429,127 | | 2,288,738 |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach statement) | Statement #11 | 277,083 | | 273,847 |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | 391,066 | | 466,358 |
| 21 Other liabilities (attach statement) | | | | |
| 22 Capital stock: a Preferred stock | | | | |
| b Common stock | 500 | 500 | 500 | 500 |
| 23 Additional paid-in capital | | 1,824,326 | | 1,824,326 |
| 24 Retained earnings-Appropriated (attach statement) | | | | |
| 25 Retained earnings-Unappropriated | | (3,981,011) | | (3,781,213) |
| 26 Adjustments to shareholders' equity (attach statement) | | | | |
| 27 Less cost of treasury stock | | ( ) | | ( ) |
| 28 Total liabilities and shareholders' equity | | 941,091 | | 1,072,556 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 Net income (loss) per books | 199,798 | | 7 Income recorded on books this year not included on this return (itemize): | | |
| 2 Federal income tax per books | 8,775 | | Tax-exempt interest $ | | |
| 3 Excess of capital losses over capital gains | | | | | |
| 4 Income subject to tax not recorded on books this year (itemize): | | | | | |
| | | | 8 Deductions on this return not charged against book income this year (itemize): | | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | | a Depreciation . . . . . $ | | |
| a Depreciation . . . . . . . . . $ | | | b Charitable contributions $ | | |
| b Charitable contributions $ | | | | | |
| c Travel and entertainment $ 353 | | | | | |
| | | 353 | 9 Add lines 7 and 8 | | |
| 6 Add lines 1 through 5 | 208,926 | | 10 Income (page 1, line 28)-line 6 less line 9 | | 208,926 |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25)

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year | (3,981,011) | 5 Distributions: a Cash | | |
| 2 Net income (loss) per books | 199,798 | b Stock | | |
| 3 Other increases (itemize): | | c Property | | |
| | | 6 Other decreases (itemize): | | |
| | | 7 Add lines 5 and 6 | | |
| 4 Add lines 1, 2, and 3 | (3,781,213) | 8 Balance at end of year (line 4 less line 7) | | (3,781,213) |

EEA

**Form 1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| CYTOPHIL INC | 34-2023944 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 372,332 |
| 2 | Purchases | 2 | 183,714 |
| 3 | Cost of labor | 3 | 347,171 |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) · · · · · · · · · · · · · · · Statement #7 | 5 | 340,317 |
| 6 | **Total.** Add lines 1 through 5 | 6 | 1,243,534 |
| 7 | Inventory at end of year | 7 | 156,740 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 1,086,794 |

**9a** Check all methods used for valuing closing inventory:

    (i) ☒ Cost

    (ii) ☐ Lower of cost or market

    (iii) ☐ Other (Specify method used and attach explanation.) ▶ _____

**b** Check if there was a writedown of subnormal goods · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) · · · · · · · · · · · · ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **9d** | |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions · · · · · · ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ☐ Yes ☒ No

Form **1125-E**

(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

# Compensation of Officers

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
▶ Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e.*

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| CYTOPHIL INC | 34-2023944 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1  GREGORY JOHNSON | ▉ | 100.0 % | 1.75 % | % | 139,021 |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | |
|---|---|---|
| **2** Total compensation of officers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 139,021 |
| **3** Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . . . . . . . . . . . | **3** | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | 139,021 |

**For Paperwork Reduction Act Notice, see separate instructions.**

EEA

Form **1125-E** (Rev. 10-2016)

### Form 1120 - Line 26 - Other Deductions

Statement #5

| Description | Amount |
|---|---:|
| Accounting cost | 1,720 |
| Bank charges | 3,065 |
| Computer | 8,340 |
| Consulting | 800 |
| Dues and subscriptions | 798 |
| Insurance | 8,669 |
| Janitorial | 4,102 |
| Legal and professional | 1,281 |
| Marketing | 495 |
| Meals 50% limit | 353 |
| Office expense | 23,328 |
| Payroll processing expenses | 11,327 |
| Postage/Shipping | 3,062 |
| Recruiting | 21,169 |
| Software | 96,182 |
| Supplies | 10,401 |
| Telephone | 7,262 |
| Travel | 5,726 |
| Utilities | 30,555 |
| CURRENCY EXCHANGE LOSS | 642 |
| REGULATORY | 54,959 |
| TEMPORARY HELP | 1,930 |
| RENTON PAYMENTS | 60,123 |
| SCRAP | 142 |
| **Total** | **356,431** |

### Schedule L - Line 18

**PG01**

Statement #11

| Description | Beg Of Year | End Of Year |
|---|---:|---:|
| 1st CITIZEN'S | 99,537 | 99,527 |
| CaP BIOMETERIALS | 177,546 | 165,545 |
| ACCRUED FEDERAL TAX | | 8,775 |
| **Total** | **277,083** | **273,847** |

STATMENT.LD

### Form 1125A - Line 5 - Other Cost

Statement #7

| Description | Amount |
|---|---|
| PAYROLL TAXES | 100,421 |
| EMPLOYEE BENEFITS | 45,263 |
| OUTSIDE PROCESSING | 117,893 |
| QUALITY CONTROL | 11,737 |
| TESTING | 1,632 |
| SHIPPING | 57,809 |
| SUPPLIES | 5,562 |
| **Total** | **340,317** |

**PG01**

### FORM 4562 - LINE 6

Statement #568

| DESCRIPTION OF PROPERTY | COST | ELECTED COST |
|---|---|---|
| COMPUTERS | 4,209 | 4,209 |
| DURALINE SYSTEMS | 4,449 | 4,449 |
| SONOCO TEQ | 8,703 | 8,703 |
| **Total** | **17,361** | **17,361** |

Form **4** — **Wisconsin Non-Combined Corporation Franchise or Income Tax Return** — **2023**

For calendar year 2023 or tax year beginning M M D D Y Y Y Y and ending M M D D Y Y Y Y

**Complete form using BLACK INK.**   Due Date: Generally the 15th day of 4th month following close of taxable year. See instructions.

*DO NOT STAPLE OR BIND*

Corporation Name
CYTOPHIL INC

Number and Street
2485 CORPORATE CIRCLE UNIT 2    Suite Number

| City | State | ZIP (+ 4 digit suffix if known) | A Federal Employer ID Number |
|------|-------|-------------------------------|------------------------------|
| EAST TROY | WI | 53120 | 34 2023944 |

D  Check if applicable and attach explanation:

1 ___ Amended return (Include Schedule AR)   4 ___ Short period - change in accounting period

2 ___ First return - new corporation or entering Wisconsin   5 ___ Short period - stock purchase or sale

3 ___ Final return - corporation dissolved or withdrew

B Business Activity (NAICS) Code
541990

C State of Incorporation   and   Year
DE   Enter abbreviation of state in box, or if a foreign country, enter below.   2 0 0 4   Y Y Y Y

Check if applicable and see instructions:

E ___ If you have an extension of time to file. Enter federal extended due date  M M D D Y Y Y Y

F ___ If no business was transacted in Wisconsin during the taxable year, attach a complete copy of your federal return.

G ___ If you have related entity expenses and are required to file Schedule RT with this return.

H ___ If this return is for an insurance company.

I ___ IRS adjustments became final during the year. Years adjusted ▶ _____

J ___ If you filed a federal consolidated return, enter Parent Company's FEIN ▶ _____

**DO NOT USE THIS FORM IF FILING AS A COMBINED GROUP**   **IF NO ENTRY ON A LINE, LEAVE BLANK**

**NO COMMAS; NO CENTS**

*PAPER CLIP check or money order here*

| | | |
|---|---|---|
| 1 Enter the amount from Form 1120, line 28 | 1 | 208926 .00 |
| 2 Additions (from Schedule 4V, line 11) | 2 | .00 |
| 3 Add lines 1 and 2 | 3 | 208926 .00 |
| 4 Subtractions (from Schedule 4W, line 17) | 4 | .00 |
| 5 Subtract line 4 from line 3 | 5 | 208926 .00 |
| 6 Total company net nonapportionable and separately apportioned income (from Form(s) N, line 8) | 6 | .00 |
| 7 Subtract line 6 from line 5 | 7 | 208926 .00 |
| 8 Wisconsin apportionment percentage. Enter the apportionment schedule used:   A ____ | 8 | 1 0 0 . 0 0 0 0 % |

If 100% apportionment, check the space after the arrow  ▶ X

If using separate accounting, check the space after the arrow  ▶ __

| | | |
|---|---|---|
| 9 Multiply line 7 by line 8 | 9 | 208926 .00 |
| 10 Wisconsin net nonapportionable and separately apportioned income (from Form N, line 14) | 10 | .00 |
| 11 Add lines 9 and 10 | 11 | 208926 .00 |
| 12 Loss adjustment for insurance companies (from Schedule 4I, line 20) | 12 | .00 |
| 13 Add lines 11 and 12. This is the Wisconsin income before net business loss carryforwards | 13 | 208926 .00 |
| 14 Wisconsin net business loss carryforward from Form 4BL, line 30(f). Do not enter more than line 13 | 14 | 208926 .00 |
| 15 Subtract line 14 from line 13. This is the Wisconsin net income or loss. Check if excess inclusion income from real estate mortgage investment conduit · · · ▶ __ | 15 | 0 .00 |

IC-040 (R. 8-23)
DRAKE

| | | | |
|---|---|---|---|
| **16** | Enter 7.9% (0.079) of Wisconsin net income on line 15. This is tentative gross tax . . . . . | **16** | 0 .00 |
| **17** | Tax adjustment for insurance companies (from Schedule 4I, line 26) . . . . . . . . . . . . . | **17** | .00 |
| **18** | Gross tax (subtract line 17 from line 16) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18** | .00 |
| **19** | Nonrefundable credits (from Schedule CR) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **19** | .00 |
| **20** | Subtract line 19 from line 18. If line 19 is more than line 18, enter zero (0). This is net tax . . | **20** | 0 .00 |
| **21** | Economic development surcharge (see instructions) . . . . . . . . . . . . . . . . . . . . . . . | **21** | .00 |
| **22** | Endangered resources donation (decreases refund or increases amount owed) . . . . . . . | **22** | .00 |
| **23** | Veterans trust fund donation (decreases refund or increases amount owed) . . . . . . . . . | **23** | .00 |
| **24** | Add lines 20 through 23 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **24** | .00 |

| | | | | |
|---|---|---|---|---|
| **25** | Estimated tax payments and 2022 credit carryforward, less refund from Form 4466W . . . . . . . . . . . . . . | **25** | .00 | |
| **26** | Wisconsin tax withheld (see instructions) . . . . . . . | **26** | .00 | |
| **27** | Refundable credits (from Schedule CR) . . . . . . . . | **27** | .00 | |
| **28** | Amended Return Only - amount previously paid . . . . | **28** | .00 | |
| **29** | Add lines 25 through 28 . . . . . . . . . . . . . . | **29** | .00 | |
| **30** | Amended Return Only - amount previously refunded . . | **30** | .00 | |

| | | | |
|---|---|---|---|
| **31** | Subtract line 30 from 29 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **31** | .00 |
| **32** | Interest, penalty, and late fee due (from Form U, line 17 or 26) If you annualized income on Form U, check the space after the arrow . . . . . . . . . ▶ __ | **32** | .00 |
| **33** | **Amount Due.** If the total of lines 24 and 32 is larger than 31, subtract line 31 from the total of lines 24 and 32 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **33** | .00 |
| **34** | **Overpayment.** If line 31 is larger than the total of lines 24 and 32, subtract the total of lines 24 and 32 from line 31 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **34** | .00 |

| | | | | |
|---|---|---|---|---|
| **35** | Enter amount from line 34 you want credited to 2024 estimated tax . . . . . . . . . . . . . . . . . . . | **35** | .00 | |

| | | | |
|---|---|---|---|
| **36** | Subtract line 35 from line 34. **This is your refund** . . . . . . . . . . . . . . . . . . . . . . . | **36** | .00 |
| **37** | Enter total gross receipts from all activities (see instructions) . . . . . . . . . . . . . . . . . | **37** | 2638608 .00 |
| **38** | Enter total assets from federal Form 1120 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **38** | 1072556 .00 |
| **39** | Total Wisconsin tangible property (see instructions) . . . . . . . . . . . . . . . . . . . . . . . | **39** | .00 |
| **40** | Total tangible property (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **40** | .00 |
| **41** | Total Wisconsin payroll (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **41** | .00 |
| **42** | Total payroll (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **42** | .00 |
| **43** | Total Wisconsin sales, receipts, or premiums included in apportionment ratio (see instructions) | **43** | 0 .00 |
| **44** | Total sales, receipts, or premiums included in apportionment ratio (see instructions) . . . . | **44** | 0 .00 |



DRAKE

**45** Is the corporation the sole owner of any limited liability companies?
___ Yes  X  No   If yes, prepare and submit Schedule DE with this return.

**46** Did you include the income of the LLCs listed for item 45 in this return?
___ Yes  X  No

**47** Did you purchase, license, lease or rent any taxable tangible personal property, certain coins and stamps, certain leased property affixed to real estate, certain digital goods, or taxable services, for storage, use or consumption in Wisconsin without paying a state sales or use tax?
___ Yes  X  No

**48** Person to contact concerning this return:

Last name: JOHNSON                          First name: GREGORY

Phone #: _____           Fax #: _____

**49** City and state where books and records are located for audit purposes:  City  EAST TROY          State  WI

**50** List the locations of Wisconsin operations: _____

**51** ___ Yes  X  No   Are any manufacturing facilities located in Wisconsin?

**52** Did you file federal Schedule UTP - Uncertain Tax Position Statement with the Internal Revenue Service?
___ Yes  X  No   If yes, enclose federal Schedule UTP with your Wisconsin tax return.

**53** Did you file federal Form 8886 - Reportable Transaction Disclosure Statement with the Internal Revenue Service?
___ Yes  X  No   If yes, enclose federal Form 8886 with your Wisconsin tax return.

| **Third Party Designee** | Do you want to allow another person to discuss this return with the department?  X  Yes   Complete the following. ___ No |
|---|---|

Print Designee's Name ▶ JAMES D POTTER    Phone Number ▼ 4 1 4  6 5 9  0 1 0 8    Personal Identification Number (PIN) ▼ 5 5 5 5 5

*Under penalties of law, I declare that this return and all attachments are true, correct, and complete to the best of my knowledge and belief.*

| Signature of Officer | Title | Date |
|---|---|---|
| ▶ GREGORY JOHNSON | PRESIDENT | 06-22-2024 |
| Preparer's Signature | Preparer's Federal Employer ID Number | Date |
| ▶ | 39 1519261 | 06-21-2024 |

**You must file a copy of your federal return with Form 4, even if no Wisconsin activity.**

If you are not filing your return electronically, make your check payable to and mail your return to:

Wisconsin Department of Revenue
PO Box 8908
Madison WI 53708-8908

DRAKE



Form **WI4562**

**Depreciation and Amortization**
(Including Information on Listed Property)

**2023**
Attachment

**State  WI**

▶ See separate instructions.  ▶ Keep for your records.

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| CYTOPHIL INC | FORM 1120 | 34-2023944 |

**Part I  Election To Expense Certain Property Under Section 179**

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 Maximum amount (see instructions) | **1** | 1,160,000 |
| 2 Total cost of section 179 property placed in service (see instructions) | **2** | 17,361 |
| 3 Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | 2,890,000 |
| 4 Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | 0 |
| 5 Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | 1,160,000 |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | See ST DEPR Schedule | 17,361 | 17,361 |
| | | | |

| | | | |
|---|---|---|---|
| 7 Listed property. Enter the amount from line 29 | **7** | | |
| 8 Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | | 17,361 |
| 9 Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | | 17,361 |
| 10 Carryover of disallowed deduction from line 13 of your 2022 Form $$NAME | **10** | | |
| 11 Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | **11** | | 226,287 |
| 12 Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | | 17,361 |
| 13 Carryover of disallowed deduction to 2024. Add lines 9 and 10, less line 12 | | **13** | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II  Special Depreciation Allowance and Other Depreciation** (Don't include listed property. See instructions.)

| | | |
|---|---|---|
| 14 Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | **14** | |
| 15 Property subject to section 168(f)(1) election | **15** | |
| 16 Other depreciation (including ACRS) | **16** | |

**Part III  MACRS Depreciation** (Don't include listed property. See instructions.)

**Section A**

| | | |
|---|---|---|
| 17 MACRS deductions for assets placed in service in tax years beginning before 2023 | **17** | |
| 18 If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here | | |

**Section B - Assets Placed in Service During 2023 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only-see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C - Assets Placed in Service During 2023 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | | | 30 yrs. | MM | S/L | |
| d  40-year | | | 40 yrs. | MM | S/L | |

**Part IV  Summary** (See instructions.)

| | | |
|---|---|---|
| 21 Listed property. Enter amount from line 28 | **21** | |
| 22 **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | **22** | |
| 23 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **4562** (2023)

EEA

Form **4BL**

Wisconsin
Department of Revenue

# Wisconsin Net Business Loss Carryforward
# for Separate Entity Corporations
### File with Wisconsin Form 4

**2023**

Name
CYTOPHIL INC

Federal Employer ID Number
34 2023944

**Separate Entity Corporations**                    *(see instructions)*

| | (a) Year | (b) Loss for Tax Year in Column (a) | (c) Income for Tax Year in Column (a) | (d) Loss Used/Expired for Tax Year in Column (a) | (e) Years Losses in Column (d) Incurred | (f) Remaining Loss Available |
|---|---|---|---|---|---|---|
| 1 | 1993 | | | | | |
| 2 | 1994 | | | | | |
| 3 | 1995 | | | | | |
| 4 | 1996 | | | | | |
| 5 | 1997 | | | | | |
| 6 | 1998 | | | | | |
| 7 | 1999 | | | | | |
| 8 | 2000 | | | | | |
| 9 | 2001 | | | | | |
| 10 | 2002 | | | | | |
| 11 | 2003 | | | | | |
| 12 | 2004 | | | | | |
| 13 | 2005 | | | | | |
| 14 | 2006 | | | | | |
| 15 | 2007 | | | | | |
| 16 | 2008 | | | | | |
| 17 | 2009 | | | | | |
| 18 | 2010 | | | | | |
| 19 | 2011 | | | | | |
| 20 | 2012 | | | | | |
| 21 | 2013 | | | | | |
| 22 | 2014 | | | | | |
| 23 | 2015 | | | | | |
| 24 | 2016 | | | | | |
| 25 | 2017 | | | | | |
| 26 | 2018 | | | | | |
| 27 | 2019 | | | | | |
| 28 | 2020 | 33698 | | | | 33698 |
| 29 | 2021 | 74725 | | | | 108423 |
| 30 | 2022 | 280001 | | 108423 | | 496847 |

IC-047 (R. 8-23)          DRAKE

| WIGROSS | Wisconsin Total Gross Receipts from All Activities WORKSHEET | 2023 |
|---|---|---|

| Description | Return Id |
|---|---|
| CYTOPHIL INC | 34 2023944 |

| Description of Gross: | Amount: |
|---|---|
| Gross receipts or sales (1120 line 1a) | 2638608 |
| Dividends (1120 line 4) | |
| Interest (1120 line 5) | |
| Gross rents (1120 line 6) | |
| Gross royalties (1120 line 7) | |
| Gross capital gains (total sale prices from Schedules D and 4797) | |
| Other income (1120 line 10) | |
| Total gross receipts from all activities: | 2638608 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

WIGROSS.LD